No. 77–268. FLOTA MERCANTE GRANCOLOMBIANA, S. A. v. VANA TRADING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–273. COLODNY ET AL. v. KRAUSE. Ct. App. Ga. Certiorari denied.

No. 77–276. TUNNEL BARREL & DRUM CO. ET AL. v. HACK-ENSACK MEADOWLANDS DEVELOPMENT COMMISSION ET AL. Super. Ct. N. J. Certiorari denied.

No. 77–297. KERSHMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–298. JAMES v. WILMINGTON NEWS JOURNAL CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–302. RIZZO, MAYOR OF PHILADELPHIA, ET AL. v. ROSENTHAL. C. A. 3d Cir. Certiorari denied.

No. 77–305. BAUER ET AL. v. GILLIAM ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–315. VARIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–345. ONE 1974 CADILLAC ELDORADO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–349. DENTON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–360. ROTONDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–364. LIND v. UNITED STATES. C. A. 7th Cir. Certiorari denied.